UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------

John Flynn, et. al.
      Plaintiff,

                                       **ORDER**

  -vs-

                                        Cv-04-647(FB)(SMG)

PLN Contracting, Inc,
      Defendant.

----------------------------------

      On June 22, 2005 the plaintiff's submitted a letter requesting that the Court re-open this action and permit the plaintiff to file an amended complaint. On March 31, 2005 the Court filed an order of discontinuance based upon representation from counsel that this action had settled. Accordingly it is

      HEREBY ORDERED that the order dated March 31, 2005 is hereby vacated and the Clerk of the Court is hereby directed to reopen the above entitled action. It is further ordered that plaintiff's shall serve and file an amended complaint within 20 days from the date of this order.

      SO ORDERED.

                                    UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
           June 27, 2005

cc.: Judy Wong, Esq.