UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE, DAN SCHIFFER, JOSEPH SPERANZA JR. and VINCENT DELAZZERO, as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS, <br><br> Plaintiffs, <br><br> -against- <br><br> PLN CONTRACTING, INC. and PATRICK RONAYNE, <br><br> Defendants. | 04 Civ. 647 (FB) <br><br> **DEFAULT JUDGMENT** |

The Summons and First Amended Complaint in this action having been duly served on the above-named defendants PLN Contracting, Inc. and Patrick Ronayne, and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on the motion of Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC, attorneys for plaintiffs, it is hereby

ORDERED AND ADJUDGED, that plaintiffs JOHN J. FLYNN, LOUIS WEIR, DOMINIC SPANO, KENNETH LAMBERT, FRANK STUPAR, JAMES BOLAND, GERALD O'MALLEY, JOSEPH BRAMLETT, GEORGE HARBISON, PAUL SONGER, CHARLES VELARDO, EUGENE GEORGE, MATTHEW AQUILINE,

DAN SCHIFFER, JOSEPH SPERANZA JR. and VINCENT DELAZZERO, as Trustees and Fiduciaries of the BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION, HEALTH AND ANNUITY FUNDS, do recover of PLN CONTRACTING, INC. and PATRICK RONAYNE, the defendants residing at 230 East 124th Street, New York, New York 10035, the sum of $98,394.90, plus interest in the sum of $23,582.94, liquidated damages in the sum of $19,678.98, audit fees in the sum of $5,486.38, attorneys' fees in the sum of $6,948.75 and court fees of $150.00, amounting in all to the sum of $154,241.95, plus interest at the legal rate in effect on the date of this judgment; and that the plaintiffs have execution therefor.

Judgment dated: 9/21/05

By [signature]